# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| LAMAR McCOY, | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION 10-0666-CG-M |
| LOUIS BOYD, | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this petition be **DENIED** and that this action be **DISMISSED** without prejudice.

**DONE and ORDERED** this 25th day of January, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE