**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| LAMAR McCOY, | : |
| Petitioner, | : |
| vs. | :   CIVIL ACTION 10-0666-CG-M |
| LOUIS BOYD, | : |
| Respondent. | : |

**JUDGMENT**

It is **ORDERED, ADJUDGED**, and **DECREED** that this action be dismissed without prejudice.

**DONE and ORDERED** this 25th day of January, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE