# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| LAMAR McCOY, | : |
| Petitioner, | : |
| vs. | :     CIVIL ACTION 10-0666-CG-M |
| LOUIS BOYD, | : |
| Respondent. | : |

## AMENDED JUDGMENT

It is **ORDERED, ADJUDGED**, and **DECREED** that the habeas petition is **DISMISSED** without prejudice.

**DONE and ORDERED** this 2nd day of February, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE